IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ODON BULAORO, et al.,

    Plaintiffs,

v.

ORO REAL, INC., et al.,

    Defendants.

No. 11-CV-3059 WHA (JSC)

**ORDER RE: ATTENDANCE AT SETTLEMENT CONFERENCE**

    Defendant Cornerstone Title Company is excused from attending the settlement conference scheduled for 9:30 a.m. on November 15, 2011. Plaintiffs and Defendant Wells Fargo Bank, N.A. shall appear as previously ordered.

    **IT IS SO ORDERED.**

Dated: November 14, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE