IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODON BULAORO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ORO REAL, INC., et al.,<br><br>    Defendants. | No. 11-CV-3059 WHA (JSC)<br><br>**ORDER RE: ATTENDANCE AT SETTLEMENT CONFERENCE** |

    Defendant Cornerstone Title Company is excused from attending the settlement conference scheduled for 9:30 a.m. on November 15, 2011. Plaintiffs and Defendant Wells Fargo Bank, N.A. shall appear as previously ordered.

**IT IS SO ORDERED.**

Dated: November 14, 2011

                                          JACQUELINE SCOTT CORLEY
                                          UNITED STATES MAGISTRATE JUDGE