# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**ODON BULAORO** *et al.*,

    **Plaintiffs,**

    **vs.**

**ORO REAL** *et al.*,

    **Defendants.**

Case No.: C-11-03059 YGR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court understands that the parties have put in place a 90-day trial loan modification plan. The Case Management Conference in this matter is hereby **CONTINUED** to **Monday, September 10, 2012** at **2:00 p.m.**, at the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

**IT IS SO ORDERED.**

Date: May 8, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**