**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ODON BULAORO** *et al.,*<br><br>    **Plaintiffs,**<br><br>    **vs.**<br><br>**ORO REAL** *et al.***,**<br><br>    **Defendants.** | Case No.: C-11-03059 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court understands that the parties have put in place a 90-day trial loan modification plan. The Case Management Conference in this matter is hereby **CONTINUED** to **Monday, September 10, 2012** at **2:00 p.m.**, at the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

**IT IS SO ORDERED.**

Date: May 8, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**